Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | William Coni |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number | 14-13491 |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:    Mortgage Information

**Name of creditor:**    US Bank Trust National Association, et al.

**Court claim no.**  (if known):
6-1

**Last 4 digits** of any number you use to identify the debtor's account:    5   7   4   3

**Property address:**    6 Colonial Way
Number        Street

Plainville, MA 02762
City                      State      ZIP Code

### Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due:<br>10/1/2018-12/1/2018 @ $2,438.11/mo ($7,314.33), 1/1/2019-10/1/2019 @ $2,483.67/mo ($24,836.70), less $187.17 in suspense | (a) | $ 31,963.86 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding:<br>$39.00, Notice filed 5/2/2018 | + (b) | $ 39.00 |
| c. | **Total**. Add lines a and b. | (c) | $ 32,002.86 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

10/1/2018
MM / DD / YYYY

Debtor 1    William Coni                Case number *(if known)* __14-13491__

     First Name      Middle Name      Last Name

---

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**   **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/ Stephanie E. Babin, Esq.__        Date __10/03/2019__
     Signature

Print    __Stephanie      E.      Babin, Esq.__      Title __Counsel for U.S. Bank Trust, NA__
       First Name      Middle Name      Last Name

Company    __Sassoon & Cymrot, LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __84 State Street, Suite 820__
       Number      Street

       __Boston__        __MA__    __02109__
       City        State    ZIP Code

Contact phone   (__617__) __720__ – __0099__        Email __SBabin@SassoonCymrot.com__

---



**9/30/2019**

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Coni |
| BK Case # | 14 13491 |
| Date Filed | 7/25/2014 |
| First Post Petition | |
| Due Date | 8/1/2014 |

578215743

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 8/1/2014 | $1,441.93 | $380.73 | $1,822.66 | Filed w/POC |
| 8/1/2015 | $1,441.93 | $564.25 | $2,006.18 | NOPC |
| 2/1/2016 | $1,615.39 | $564.25 | $2,179.64 | NOPC |
| 1/1/2017 | $1,615.39 | $673.19 | $2,288.58 | NOPC |
| 2/1/2017 | $1,793.80 | $673.19 | $2,466.99 | NOPC |
| 2/1/2018 | $1,816.10 | $622.01 | $2,438.11 | NOPC |
| 1/1/2019 | $1,816.10 | $667.57 | $2,483.67 | NOPC |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2014 | $1,825.00 | 8/1/2014 | 3/1/2014 | $1,822.66 | $2.34 | $2.34 | | $2.34 | | | $0.00 | $0.00 | |
| 10/3/2014 | $1,825.00 | 9/1/2014 | 4/1/2014 | $1,822.66 | $2.34 | $2.34 | | $4.68 | | | $0.00 | $0.00 | |
| 10/22/2014 | $1,823.00 | 10/1/2014 | 5/1/2014 | $1,822.66 | $0.34 | $0.34 | | $5.02 | | | $0.00 | $0.00 | |
| 11/18/2014 | $1,875.00 | 11/1/2014 | 6/1/2014 | $1,822.66 | $52.34 | $52.34 | | $57.36 | | | $0.00 | $0.00 | |
| 12/17/2014 | $1,875.00 | 12/1/2014 | 7/1/2014 | $1,822.66 | $52.34 | $52.34 | | $109.70 | | | $0.00 | $0.00 | |
| 1/28/2015 | $1,825.00 | 1/1/2015 | 8/1/2014 | $1,822.66 | $2.34 | $2.35 | | $112.05 | | | $0.00 | $0.00 | |
| 2/25/2015 | $1,825.00 | 2/1/2015 | 9/1/2014 | $1,822.66 | $2.34 | $2.34 | | $114.39 | | | $0.00 | $0.00 | |
| 3/25/2015 | $1,989.97 | 3/1/2015 | 10/1/2014 | $1,822.66 | $167.31 | $167.31 | | $281.70 | | | $0.00 | $0.00 | |
| 4/22/2015 | $1,989.97 | 4/1/2015 | 11/1/2014 | $1,822.66 | $167.31 | $167.31 | | $449.01 | | | $0.00 | $0.00 | |
| 5/20/2015 | $1,989.97 | 5/1/2015 | 12/1/2014 | $1,822.66 | $167.31 | $167.31 | | $616.32 | | | $0.00 | $0.00 | |
| 6/17/2015 | $1,989.97 | 6/1/2015 | 1/1/2015 | $1,822.66 | $167.31 | $167.31 | | $783.63 | | | $0.00 | $0.00 | |
| 7/29/2015 | $1,989.97 | 7/1/2015 | 2/1/2015 | $1,822.66 | $167.31 | $167.31 | | $950.94 | | | $0.00 | $0.00 | |
| 9/4/2015 | $3,996.15 | 8/1/2015 | 3/1/2015 | $1,822.66 | $2,173.49 | $2,173.49 | | $3,124.43 | | | $0.00 | $0.00 | |
| 9/4/2015 | | 9/1/2015 | 4/1/2015 | $2,006.18 | -$2,006.18 | | $2,006.18 | $1,118.25 | | | $0.00 | $0.00 | |
| 9/30/2015 | $2,006.18 | 10/1/2015 | 4/1/2015 | $2,006.18 | $0.00 | | | $1,118.25 | | | $0.00 | $0.00 | |
| 10/30/2015 | $2,006.18 | 11/1/2015 | 5/1/2015 | $2,006.18 | $0.00 | | | $1,118.25 | | | $0.00 | $0.00 | |
| 11/25/2015 | $2,006.18 | 12/1/2015 | 6/1/2015 | $2,006.18 | $0.00 | | | $1,118.25 | | | $0.00 | $0.00 | |
| 12/24/2015 | $2,006.18 | 1/1/2016 | 7/1/2015 | $2,006.18 | $0.00 | | | $1,118.25 | | | $0.00 | $0.00 | |
| 1/21/2016 | $2,006.18 | 2/1/2016 | 8/1/2015 | $2,006.18 | $0.00 | | | $1,118.25 | | | $0.00 | $0.00 | |
| 3/4/2016 | $2,150.00 | 3/1/2016 | 9/1/2015 | $2,179.64 | -$29.64 | | $29.64 | $1,088.61 | | | $0.00 | $0.00 | |
| 4/2/2016 | $2,180.00 | 4/1/2016 | 10/1/2015 | $2,179.64 | $0.36 | $0.36 | | $1,088.97 | | | $0.00 | $0.00 | |
| 4/26/2016 | $2,909.88 | 5/1/2016 | 11/1/2015 | $2,179.64 | $730.24 | $730.24 | | $1,819.21 | $2,909.88 | | $2,909.88 | $2,909.88 | |
| 4/30/2016 | $161.66 | | Trustee Payment | | $161.66 | | | $1,819.21 | $161.66 | | $3,071.54 | $3,071.54 | |
| 5/11/2016 | $2,180.00 | 6/1/2016 | 12/1/2015 | $2,179.64 | $0.36 | $0.36 | | $1,819.57 | | | $3,071.54 | $3,071.54 | |
| 6/4/2016 | $2,180.00 | 7/1/2016 | 1/1/2016 | $2,179.64 | $0.36 | $0.36 | | $1,819.93 | | | $3,071.54 | $3,071.54 | |
| 6/6/2016 | $161.66 | | Trustee Payment | | $161.66 | | | $1,819.93 | $161.66 | | $3,233.20 | $3,233.20 | |
| | | Pre Applied | 2/1/2016 | | $0.00 | | | $1,819.93 | | $2,179.67 | $1,053.53 | $3,233.20 | |
| 6/22/2016 | $161.66 | | Trustee Payment | | $161.66 | | | $1,819.93 | $161.66 | | $1,215.19 | $3,394.86 | |
| 7/6/2016 | $2,180.00 | 8/1/2016 | 3/1/2016 | $2,179.64 | $0.36 | $0.36 | | $1,820.29 | | | $1,215.19 | $3,394.86 | |
| 7/22/2016 | $161.66 | | Trustee Payment | | $161.66 | | | $1,820.29 | $161.66 | | $1,376.85 | $3,556.52 | |
| 8/18/2016 | $2,180.00 | 9/1/2016 | 4/1/2016 | $2,179.64 | $0.36 | $0.36 | | $1,820.65 | | | $1,376.85 | $3,556.52 | |
| 9/27/2016 | $2,180.00 | | | | $2,180.00 | $2,180.00 | | $4,000.65 | | | $1,376.85 | $3,556.52 | |
| 9/28/2016 | | 10/1/2016 | 5/1/2016 | $2,179.64 | -$2,179.64 | | $2,179.64 | $1,821.01 | | | $1,376.85 | $3,556.52 | |
| 10/26/2016 | $2,180.00 | | | | $2,180.00 | $2,180.00 | | $4,001.01 | | | $1,376.85 | $3,556.52 | |
| 10/28/2016 | | 11/1/2016 | 6/1/2016 | $2,179.64 | -$2,179.64 | | $2,179.64 | $1,821.37 | | | $1,376.85 | $3,556.52 | |
| 12/2/2016 | $2,180.00 | | | | $2,180.00 | $2,180.00 | | $4,001.37 | | | $1,376.85 | $3,556.52 | |
| 12/5/2016 | | 12/1/2016 | 7/1/2016 | $2,179.64 | -$2,179.64 | | $2,179.64 | $1,821.73 | | | $1,376.85 | $3,556.52 | |
| 1/6/2017 | $2,180.00 | | | | $2,180.00 | $2,180.00 | | $4,001.73 | | | $1,376.85 | $3,556.52 | |
| 1/19/2017 | | 1/1/2017 | 8/1/2016 | $2,288.58 | -$2,288.58 | | $2,288.58 | $1,713.15 | | | $1,376.85 | $3,556.52 | |
| 3/3/2017 | $2,450.00 | 2/1/2017 | 9/1/2016 | $2,466.99 | -$16.99 | | $16.99 | $1,696.16 | | | $1,376.85 | $3,556.52 | |
| 4/19/2017 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,196.16 | | | $1,376.85 | $3,556.52 | |
| 4/20/2017 | | 3/1/2017 | 10/1/2016 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,729.17 | | | $1,376.85 | $3,556.52 | |
| 5/31/2017 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,229.17 | | | $1,376.85 | $3,556.52 | |
| 6/1/2017 | | 4/1/2017 | 11/1/2016 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,762.18 | | | $1,376.85 | $3,556.52 | |
| 7/14/2017 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,262.18 | | | $1,376.85 | $3,556.52 | |
| 7/17/2017 | | 5/1/2017 | 12/1/2016 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,795.19 | | | $1,376.85 | $3,556.52 | |
| 8/15/2017 | $2,101.58 | | Trustee Payment | | $2,101.58 | | | $1,795.19 | $2,101.58 | | $3,478.43 | $5,658.10 | |
| 8/16/2017 | | Pre Applied | 1/1/2017 | $2,288.58 | -$2,288.58 | | | $1,795.19 | | $2,288.58 | $1,189.85 | $5,658.10 | |
| 9/14/2017 | $161.66 | | Trustee Payment | | $161.66 | | | $1,795.19 | $161.66 | | $1,351.51 | $5,819.76 | |
| 10/17/2017 | $161.66 | | Trustee Payment | | $161.66 | | | $1,795.19 | $161.66 | | $1,513.17 | $5,981.42 | |
| 10/30/2017 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,295.19 | | | $1,513.17 | $5,981.42 | |
| 10/31/2017 | | 6/1/2017 | 2/1/2017 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,828.20 | | | $1,513.17 | $5,981.42 | |
| 11/10/2017 | $161.66 | | Trustee Payment | | $161.66 | | | $1,828.20 | $161.66 | | $1,674.83 | $6,143.08 | |
| 11/13/2017 | | Pre Applied | 3/1/2017 | $2,466.99 | -$2,466.99 | | | $1,828.20 | | $2,466.99 | -$792.16 | $6,143.08 | |
| 12/15/2017 | $161.66 | | Trustee Payment | | $161.66 | | | $1,828.20 | $161.66 | | -$630.50 | $6,304.74 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2017 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,328.20 | | -$630.50 | $6,304.74 | |
| 12/28/2017 | | 7/1/2017 | 4/1/2017 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,861.21 | | -$630.50 | $6,304.74 | |
| 1/17/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,861.21 | $161.66 | -$468.84 | $6,466.40 | |
| 2/7/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,861.21 | $161.66 | -$307.18 | $6,628.06 | |
| 2/15/2018 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,361.21 | | -$307.18 | $6,628.06 | |
| 2/16/2018 | | 8/1/2017 | 5/1/2017 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,894.22 | | -$307.18 | $6,628.06 | |
| 3/15/2018 | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $4,394.22 | | -$307.18 | $6,628.06 | |
| 3/16/2018 | | 9/1/2017 | 6/1/2017 | $2,466.99 | -$2,466.99 | | $2,466.99 | $1,927.23 | | -$307.18 | $6,628.06 | |
| 3/21/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,927.23 | $161.66 | -$145.52 | $6,789.72 | |
| 4/17/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,927.23 | $161.66 | $16.14 | $6,951.38 | |
| 5/15/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,927.23 | $161.66 | $177.80 | $7,113.04 | |
| 5/18/2018 | $2,500.00 | 10/1/2017 | 7/1/2017 | $2,466.99 | $33.01 | $33.01 | | $1,960.24 | | $177.80 | $7,113.04 | |
| 6/13/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,960.24 | $161.66 | $339.46 | $7,274.70 | |
| 7/17/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,960.24 | $161.66 | $501.12 | $7,436.36 | |
| 7/23/2018 | $2,500.00 | 11/1/2017 | 8/1/2017 | $2,466.99 | $33.01 | $33.01 | | $1,993.25 | | $501.12 | $7,436.36 | |
| 8/20/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $1,993.25 | $161.66 | $662.78 | $7,598.02 | |
| 8/21/2018 | $2,500.00 | 12/1/2017 | 9/1/2017 | $2,466.99 | $33.01 | $33.01 | | $2,026.26 | | $662.78 | $7,598.02 | |
| 9/25/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $2,026.26 | $161.66 | $824.44 | $7,759.68 | |
| 10/19/2018 | $2,500.00 | 1/1/2018 | 10/1/2017 | $2,466.99 | $33.01 | $33.01 | | $2,059.27 | | $824.44 | $7,759.68 | |
| 10/21/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $2,059.27 | $161.66 | $986.10 | $7,921.34 | |
| 11/30/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $2,059.27 | $161.66 | $1,147.76 | $8,083.00 | |
| 12/18/2018 | $161.66 | Trustee Payment | | | $161.66 | | | $2,059.27 | $161.66 | $1,309.42 | $8,244.66 | |
| 12/21/2018 | $2,500.00 | 2/1/2018 | 11/1/2017 | $2,466.99 | $33.01 | $33.01 | | $2,092.28 | | $1,309.42 | $8,244.66 | |
| 1/23/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,092.28 | $161.66 | $1,471.08 | $8,406.32 | |
| 1/23/2019 | $2,500.00 | 3/1/2018 | 12/1/2017 | $2,438.11 | $61.89 | $61.89 | | $2,154.17 | | $1,471.08 | $8,406.32 | |
| 2/18/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,154.17 | $161.66 | $1,632.74 | $8,567.98 | |
| 3/12/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,154.17 | $161.66 | $1,794.40 | $8,729.64 | |
| 3/22/2019 | $2,661.66 | 4/1/2018 | 1/1/2018 | $2,438.11 | $223.55 | $223.55 | | $2,377.72 | | $1,794.40 | $8,729.64 | |
| 4/17/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,377.72 | $161.66 | $1,956.06 | $8,891.30 | |
| 4/19/2019 | $2,500.00 | 5/1/2018 | 2/1/2018 | $2,438.11 | $61.89 | $61.89 | | $2,439.61 | | $1,956.06 | $8,891.30 | |
| 5/24/2019 | $2,500.00 | 6/1/2018 | 3/1/2018 | $2,438.11 | $61.89 | $61.89 | | $2,501.50 | | $1,956.06 | $8,891.30 | |
| 6/18/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,501.50 | $161.66 | $2,117.72 | $9,052.96 | |
| 7/21/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,501.50 | $161.66 | $2,279.38 | $9,214.62 | |
| 7/22/2019 | $2,500.00 | 7/1/2018 | 4/1/2018 | $2,438.11 | $61.89 | $61.89 | | $2,563.39 | | $2,279.38 | $9,214.62 | |
| 8/14/2019 | $161.66 | Trustee Payment | | | $161.66 | | | $2,563.39 | $161.66 | $2,441.04 | $9,376.28 | |
| 9/10/2019 | $2,500.00 | 8/1/2018 | 5/1/2018 | $2,438.11 | $61.89 | $61.89 | | $2,625.28 | | $2,441.04 | $9,376.28 | |
| 9/10/2019 | | 9/1/2018 | 6/1/2018 | $2,438.11 | -$2,438.11 | | $2,438.11 | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |
| | | | | | $0.00 | | | $187.17 | | $2,441.04 | $9,376.28 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>WILLIAM CONI,<br><br>     Debtor. | Chapter 13<br>Case No. 14-13491-MSH |
| --- | --- |

## CERTIFICATE OF SERVICE

I, Stephanie E. Babin, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby

certify that I have this 3rd day of October 2019 served on behalf of U.S. Bank Trust N.A.,

as Trustee of the Lodge Series IV Trust as serviced by BSI Financial Services a Response

to Trustee's Notice of Final Cure and this Certificate of Service by causing copies hereof

to be sent by electronic mail via the Case Management / Electronic Case Files (ECF)

system and by first-class U.S. mail (M) to all parties not appearing electronically but

entitled to service per the Federal Rules of Bankruptcy Procedure.

| William Coni<br>6 Colonial Way<br>Plainville, MA 02762 (M) | Richard D. Smeloff<br>Smeloff & Associates<br>500 Granite Avenue, Suites 7 & 8<br>Milton, MA 02186 (ECF) |
| --- | --- |
| John Fitzgerald<br>Office of the US Trustee<br>JW McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

*/s/ Stephanie E. Babin, Esq.*
Stephanie E. Babin, Esq.